UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>CHUKWUEMEKA VICTOR AMACHAKWU,<br><br>                    Defendant. | **Unsealing Order**<br><br>23 Cr. 364 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Daniel G. Nessim;

It is found that Indictment 23 Cr. 364 and Superseding Indictment S2 23 Cr. 364 in the above-captioned case are currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment and S2 Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            August 4 , 2025

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK