UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v.–<br><br>CHUKWUEMEKA VICTOR AMACHUKWU,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 364 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       The conference in this action currently scheduled for October 30, 2025 at 12:30 p.m. is adjourned to **October 30, 2025 at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 29, 2025

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge