UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

CHUKWUEMEKA VICTOR AMACHUKWU,

Defendant.

**ORDER**

23 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed during today's conference, any pretrial motions are to be filed by **April 10, 2026.** The next conference will take place on **April 13, 2026, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
March 2, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge