UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v.–<br><br>CHUKWUEMEKA VICTOR AMACHUKWU,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 364 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Amachukwu will take place on **August 20, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due on **July 30, 2026**, and the Government's sentencing submission is due on **August 6, 2026.**

In the event that the Government intends to seek an order of restitution or an order of forfeiture at sentencing, it will include proposed orders with its sentencing submission, along with an explanation of how the restitution and/or forfeiture amounts were calculated.

The U.S. Probation Office is directed to prepare a pre-sentence report for Defendant Amachukwu.

Dated: April 13, 2026
New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge