UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

CHUKWUEMEKA VICTOR AMACHUKWU,

Defendant.

**ORDER**

23 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for August 20, 2026, at 10:00 a.m., is adjourned to **September 15, 2026, at 10:00 a.m.** Any submissions on behalf of the Defendant are due on **September 1, 2026**, and the Government's sentencing submission is due on **September 8, 2026**.

Dated: New York, New York
July 29, 2026

SO ORDERED.

Paul G. Gardephe

Paul G. Gardephe
United States District Judge