UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

CHUKWUEMEKA VICTOR AMACHUKWU,

Defendant.

**ORDER**

23 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing in this matter is currently scheduled for September 15, 2026, at 10:00 a.m.

The Pre-Sentence Report (Dkt. No. 86 at ECF 23) states that defense counsel objects to Paragraph 26 of the PSR, which asserts that Amachukwu

> received a significant amount of the offense proceeds. Specifically, at least approximately $3 million of fraud proceeds were traced to cryptocurrency accounts belonging to or controlled by Amachuwku.

(Id. ¶ 26) According to defense counsel, "Amachukwu did not own the cryptocurrency account referenced and the vast majority of the $3 million in fraud proceeds that was placed in the account was then sent to co-conspirators." (Id. at 23) The Probation Office made no change in the PSR, however, because defense counsel had not provided any documentation supporting his assertion, and the Government had not addressed this argument in any fashion. (Id.) Moreover, neither side has addressed this issue in sentencing submissions.

Defendant Amachukwu's sentencing is adjourned to **October 16, 2026 at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

By **September 21, 2026**, the Government will make a supplemental submission supporting its assertion that the Defendant received a substantial amount of the fraud proceeds, and addressing Defendant's representation that he did not own the cryptocurrency accounts at issue and that he forwarded most of the fraud proceeds to co-conspirators. The Government will also address the PSR's statement that the Government "did not seize **AMACHUKWU**'s cryptocurrency accounts following his arrest." (Id. at 7 n.1) (emphasis in original) Defendant will make a supplemental submission by **September 28, 2026**.

Dated: New York, New York
September 14, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge