UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

CHUKWUEMEKA VICTOR AMACHUKWU,
a/k/a, "Chukwuemeka Victor Eletuo",
a/k/a, "So Kwan Lueng,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER OF FORFEITURE/ MONEY JUDGMENT

S3 23 Cr. 364 (PGG)

WHEREAS, on or about April 13, 2026, CHUKWUEMEKA VICTOR AMACHUKWU (the "Defendant"), was charged in a two-count Information, S3 23 Cr. 364 (PGG) (the "Information"), with conspiracy to commit computer intrusions, in violation of Title 18, United States Code, Section 371 (Count One); and conspiracy to commit wire fraud in violation of Title 18, United States Code. Section 371 (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 1030(i), any and all property, real or personal, constituting or derived from, any proceeds obtained directly or indirectly, as a result of the offense charged in Count One of the Information, and any and all personal property that was used or intended to be used to commit or to facilitate the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Information included a forfeiture allegation as to Count Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property,

real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count Two of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Information;

WHEREAS, on or about April 13, 2026, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c): a sum of money equal to $3,075,459.67 representing proceeds traceable to the commission of the offense alleged in Count Two of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $3,075,459.67 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Two of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney James M. McDonald, United States Attorney, Assistant United States Attorney Daniel G. Nessim, of counsel, and the Defendant and his counsel, Teny Geragos, Esq. and Jacob Kaplan, Esq., that:

1. As a result of the offense charged in Count Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $3,075,459.67 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant CHUKWUEMEKA VICTOR AMACHUKWU and shall be deemed part of the sentence of the Defendant and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: _Daniel Nessim_ 9/10/2026
Daniel G. Nessim DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2486

CHUKWUEMEKA VICTOR AMACHUKWU

By: _[signature]_ 10/16/26
Chukwuemeka Victor Amachukwu DATE

By: _[signature]_ 10/16/26
Teny Geragos, Esq.
Jacob Kaplan, Esq.
Agnifilo Intrater LLP DATE
Attorneys for Defendant
140 Broadway, Ste 4530
New York, NY 10005

SO ORDERED:

_[signature]_ Oct. 16, 2026
HONORABLE PAUL G. GARDEPHE DATE
UNITED STATES DISTRICT JUDGE